**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| FAYE OWENS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH OWENS,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BP EXPLORATION & PRODUCTION, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:25-cv-00094-KD-MU<br><br>District Judge Kristi K. DuBose<br><br>Magistrate Judge P. Bradley Murray |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

　　**NOW INTO COURT,** through undersigned counsel, come defendants, Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc., (collectively, the "Transocean Defendants"), and move this Honorable Court to permit Peter Bradford deLeeuw, who was local counsel for Transocean Defendants in Delaware, to withdraw as counsel of record for Transocean Defendants.

　　The law firm of Fishman Haygood, L.L.P. through Kerry J. Miller, Paul C. Thibodeaux and Dylan M. Futell shall remain counsel of record for Transocean Defendants. No party will be prejudiced by this withdrawal.

　　Undersigned counsel affirms that they sign this motion on behalf of their clients the Transocean Defendants and that, by filing this motion via the Court's CM/ECF System, they have duly noticed it to all parties.

　　By his signature below, Peter Bradford deLeeuw approves of this withdrawal.

　　WHEREFORE, the Transocean Defendants respectfully move this Honorable Court for an Order permitting Peter Bradford deLeeuw's withdrawal.

3992190v1

Respectfully submitted,

/s/ *Paul C. Thibodeaux*
Kerry J. Miller (LA 24562)
   *Admitted Pro Hac Vice*
Paul C. Thibodeaux (LA 29446)
   *Admitted Pro Hac Vice*
Dylan M. Futrell (LA 41252)
   *Admitted Pro Hac Vice*
**Fishman Haygood LLP**
201 St. Charles Ave., Suite 4600
New Orleans, LA 70170
Telephone: (504) 556-5549
Telephone: (504) 556-5548
Email: kmiller@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com
dfutrell@fishmanhaygood.com

*Counsel for the Transocean Defendants*

Approved as to form and substance:

*/s/ Peter Bradford deLeeuw*

## CERTIFICATE OF SERVICE

I, Paul C. Thibodeaux, counsel for the Transocean Defendants, certify that I caused the above and foregoing to be served to all parties on March 24, 2025, via the Court's CM/ECF Notification System.

                                                  */s/ Paul C. Thibodeaux*
                                                  Paul C. Thibodeaux